**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

*RULE 3011*

List of Unclaimed Funds, Claimants, and Amounts

IN THE MATTER OF:                                    CHAPTER 13 CASE:

MARTHA RUTH LYNCH                                    06-01635-EE

| CLAIMANT | LAST KNOWN ADDRESS | AMOUNT |
|---|---|---|
| MARTHA RUTH LYNCH | 1147 MCDOWELL ROAD JACKSON, MS 39204 | $1725.38 |
| | | |
| | | |

DATED:    4/13/12                       Respectfully submitted,

/s/James L. Henley, Jr.
James L. Henley, Jr., MSB #9909
Chapter 13 Trustee
PO Box 31980
Jackson, MS 39286
(601) 981-9100

CC:   MICHAEL G. POND
      POND & BURTON, PLLC.
      1675 LAKELAND DR. STE. 400
      JACKSON, MS 39216