UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF THE STATE OF MISSISSIPPI

In re: )
 )
Martha Ruth Lynch, ) Case No: 06-01635
 )
 ) (Chapter 13)
_____ Debtor(s) )

APPLICATION FOR ORDER DIRECTING PAYMENT
OF FUNDS TO CREDITOR/CLAIMANT PURSUANT TO
11 U.S.C. SECTION 347 AND 28 U.S.C. SECTIONS 2041 ET. SEQ.

Dilks & Knopik, LLC, attorney-in-fact for Martha Ruth Lynch, Debtor (the "Claimant") a claimant in the captioned case respectfully requests as follows:

1. Claimant was the Debtor and was due to receive and the trustee did, in fact, make a distribution from the estate to the Claimant in the amount of approximately $1,725.38. The Claimant was not located and the funds of the Claimant were paid into the Court pursuant to 11 U.S.C. § 347.

2. Pursuant to 11 U.S.C. § 347 and chapter 129 of title 28, United States Code, the Claimant requests that the Court issue an order directing payment to the Claimant and that payment be made in care of the party set forth below.

WHEREFORE, Claimant requests that the Court issue an order directing payment of all funds held by the Court for the Claimant in this case and for such further and other relief as is just and appropriate.

Dated: November 3, 2014

Martha Ruth Lynch, Debtor

Brian J. Dilks, Managing Member
Dilks & Knopik, LLC
Attorney in Fact for Martha Ruth Lynch
35308 SE Center St
Snoqualmie, WA 98065-9216
(425) 836-5728

Sworn and subscribed to, before me
this ___3rd___ day of _November, 2014_

Andrew T. Drake, Notary Public
for State of Washington, County of King
Commission Expires: August 9, 2015

## CERTIFICATE OF MAILING

I hereby certify that on November 3, 2014 I have mailed a true and correct copy of the foregoing APPLICATION FOR ORDER DIRECTING PAYMENT OF FUNDS TO CREDITOR/CLAIMANT PURSUANT TO 11 U.S.C. SECTION 347 AND 28 U.S.C. SECTIONS 2041 ET. SEQ. to:

United States Attorney
Attn: Civil Process Clerk
501 East Court Street
Suite 4.430
Jackson, Mississippi 39201

US Trustee
501 East Court Street
Suite 6-430
Jackson, MS 39201

Chapter 13 Trustee
James L. Henley, Jr.
PO Box 31980
Jackson, MS 39286-1980

Debtors Counsel
John Gadow
511 East Pearl Street
Jackson, MS 39201

Debtor
Martha Ruth Lynch
2592 S. Liberty St.
Canton, MS 39042

Martha Ruth Lynch
1420 Woody Dr.
Jackson, MS 39212-4058


Dated: November 3, 2014

_____
Brian J. Dilks, Managing Member
Dilks & Knopik, LLC
Attorney in Fact for Martha Ruth Lynch

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

RE: Martha Ruth Lynch )
) Case: 06-01635
)
) AUTHORITY TO ACT
) Limited Power of Attorney
Debtor(s) ) LIMITED TO ONE TRANSACTION

U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
FILED
NOV 10 2014
DANNY L. MILLER, CLERK
BY_____ DEPUTY CLERK

## USED ONLY TO COLLECT FUNDS FROM THE ABOVE REFERENCED CASE

1. **Martha Ruth Lynch** ("CLIENT"), appoints **Dilks & Knopik, LLC** ("D&K"), as its lawful attorney in fact for the limited purpose of recovering, receiving and obtaining information pertaining to the outstanding tender of funds in the amount of **$1,725.38** (the "FUNDS"), including the right to collect on CLIENT's behalf any such funds that are held by a governmental agency or authority.

2. CLIENT grants to D&K the authority to do all things legally permissible and reasonably necessary to recover or obtain the FUNDS held by the governmental agency or authority. This limited authority includes the right to receive all communications from the governmental agency or authority and to deposit checks payable to CLIENT for distribution of the FUNDS to CLIENT, less the fee payable to D&K pursuant to and in accordance with its agreement with CLIENT.

3. D&K may not make any expenditure or incur any costs or fees on behalf of CLIENT without CLIENT's prior written consent.

4. This Authority to Act shall become effective on the below signed date and shall expire upon collection of the aforementioned FUNDS. I authorize the use of a photocopy of this Limited Power of Attorney in lieu of the original.

X _Martha Ruth Lynch_ signature     Date _10-23_, 20_14_
Martha Ruth Lynch

Tax ID: XXX-XX-_4269_

### ACKNOWLEDGMENT

STATE OF _Mississippi_ )     COUNTY OF _Hinds_ )

On this _28th_ day of _October_, _____, before me, the undersigned Notary Public in and for the said County and State, personally appeared Martha Ruth Lynch known to me to be the person described in and who executed the foregoing instrument, and who acknowledged to me that she did so freely and voluntarily and for the uses and purposes therein mentioned.

WITNESS my hand and official seal.

NOTARY PUBLIC _Lou Ann Reid_
Residing at _Jackson, MS_
My Commission expires _12-12-16_

[Notary Seal: STATE OF MISSISSIPPI, NOTARY PUBLIC, ID # 7606, LOU ANN REID, Commission Expires Dec. 12, 2016, HINDS COUNTY]